No. 9372.

C. P. BERTRAND vs. N. K. KNOX ET AL.

In an action to annul a judgment, all parties to the judgment must be made parties to the suit, as a general rule.

Where a married woman is sued, but in the petition she is not so described and no order is asked for her authorization, and more than

a year after the institution of the suit an amended petition is filed, wherein she is alleged, for the first time, to be a married woman, and the court is asked to authorize her to defend the suit, and the order therefor is then entered but no notice of the order is served upon her, and no delay allowed her to prepare her defense—a default being taken against her so soon as the order was signed—and she never thereafter appears in the suit;

*Held*, that the wife was not a party to the suit.

APPEAL from the Seventeenth District Court, Parish of East Baton Rouge. *Sherburne*, J.

---

*Favrot & Lamon* for Plaintiff and Appellant.

*D. N. Barrow* and *Knox & Laycock* for Defendants and Appellees.

---

The opinion of the Court was delivered by TODD, J.